**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Marcia Copeland

2 Apple Ridge Wy

East Brunswick, NJ 08816

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

① Township of Bellmawr
② State of New Jersey
③ Attorney General office State/Federal (check one)
④ Governor's Office (NJ) Chris Christie vs - 81
⑤ Jim Braley (individual/official)
⑥ Mayor of Bellmawr
⑦ Deborah Silverman-Katz, JSC
⑧ Mary Eva Colalillo, JSC
⑨ Robert Millensky, JSC
⑩ Robert Saldutti, JSC
⑪ Advisory Committee on Judicial Conduct
⑫ Board of Accountancy
⑬ Department of Housing Inspect

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**

NOV 27 2017

AT 8:30_____M
WILLIAM T. WALSH CLERK

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

State/Federal (check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Mayor Jim Burley error Township of Bellmawr |
| | Street Address | 21 Browning Rd., |
| | County, City | Camden, Bellmawr |
| | State & Zip Code | NJ 08031 |
| | Telephone Number | |

Marcia Copeland, MD
2 Apple Ridge Wy
East Brunswick, NJ 08816
804-301-7337

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Mayor / Jim Burley / Twp of Bellmawr._

Street Address _21 Browning Rd.,_

County, City _Camden, Bellmawr_

State & Zip Code _NJ 08031_

Defendant No. 2    Name _Attorney General Office State of New Jersey / Governor Chris Chris_

Street Address _25 Market Street_

County, City _Mercer / Trenton_

State & Zip Code _NJ / 08625_

Defendant No. 3    Name _Deborah Silverman Katz / Robert Millen_

Street Address _c/o Camden Vintage_

County, City _Camden / Camden_

State & Zip Code _NJ 08102_

Defendant No. 4    Name _Robert Saldutti, Esq,_

Street Address _Kings Highway N_

County, City _Camden   Cherry Hill_

State & Zip Code _NJ X 08034_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Color of law Abuses /_

_____

_____

- 2 -

## Defendants From page 1

(14) Lisa Sharkey
(15) Judge Anthony Puglisi
(16) Andrew Karcich, esq
(17) Scott Levine, esq
(18) Jane Doe (XYZ)

2(a)

## Defendants

(5) Marty Abo
307 Fellowship Rd #202
Mt. Laurel NJ 08054
(856) 222-4723

(6) Lisa Sharkey
307 Fellowship Rd #202
Mt. Laurel NJ 08054
(856) 222-4723

(7) Andrew  Karcich
1000 White Horse Road. Suite 703
Voorhees, NJ 08043
(856) 309-0200
akarcich@lkylaw.com

(8) Anthony Puglisi, JSC
% Superior Court of New Jersey
101 South 5th Street
Camden, NJ 08103

(9) Robert Mellinky, JSC
% Superior Court of New Jersey
101 South 5th Street
Camden, NJ 08103

(10) Board of Accountancy
Division of Consumer Affairs
P.O. Box 45025
Newark, NJ 07101
(973) 504-6200

(11) Scott Levine, ESq
1288 Rt. 73 South, Suite 301
Mt. Laurel, NJ 08054
856-234-2855

2(b)

(12)  Mary Eva Colalillo
Camden County prosecutor
25 N.5th Street
Camden, NJ 08102

2(c)

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Started with Ex Parte Hearings in Court Room of Silverman-Katz_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _4/9/2013 to present_

| | |
|---|---|
| What happened to you? | C.    Facts: _I was robbed of several hundred thousand dollars by the Judges in C-0140-12;_ |
| Who did what? | _Named Judges conspired to misuse laws and proceedings to conduct ex-parte hearings designed to seperate Dr. Copeland from hard earned money using lies theft and deception_ |
| Was anyone else involved? | _Agencies were unresponsive to the cries for help from these criminals (Judges). They are on the bench four years later and their removal is mandatory to protect the public_ |
| Who else saw what happened? | _Many lawyers witnessed these judges at hearings manipulating laws and proceedings and no one reported this crime._ |

**IV.    Injuries:** (non-Medical)

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. (1) Forcible servitude by Plaintiff # 7,8,9. Using their official office and deviation from law to achieve this goal (violation Amendment 13) (2) Harassment: Township of Bellmawr Made multiple unwanted (unwelcomed) trips to a property Marcia Copeland quit claim deeded to a trust in 2007 to post notices of rental registration violation despite multiple notices that the building was out of commission due to the actions of Mary Mary Gia Colo);llo and Robert Saldutti, Esq.
                   see Page #

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

(1) I expect payment for damages.
(2) All judges engaging in this cover-up removed permanently from public service

(3) Change the laws to accommodate the rulings or start Criminal proceedings for using the official court office to steal from litigants.

(4) Judicial oversight from the Supreme Court with periodic Peer to Peer review

(5) Lend a voice to all similarly situated

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10_ day of _Nov_ , 20_17_.

Signature of Plaintiff _____

Mailing Address _2 Apple Ridge Wy_
_E. Brunswick, NJ 08816_
_____

Telephone Number _804-301-7337_

Fax Number *(if you have one)* _____

E-mail Address _Docopey @ aol. com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

# FEDERAL CODES

42 U.S.C 1983  Deprivation of Rights

18 U.S.C 1961  RICO

18 U.S.C 1341 & 1343 Mail and Wire fraud

18 U.S.C 241; 242 Deprivation of rights under color of law

28 U.S.C 4101 Libel and Slander

15 U.S.C 1692d Harassment

18 U.S.C 641 Conversion

10 U.S Code 923 Forgery

18 U.S.C 1028 Identity Theft

18 U.S.C 1010, 1017, 1038

AMENDMENT 4, 13, 14 & Due Process Violation

## IV) Injuries continued from prose form page 4

**3) Warrants issued without probable cause Amendment 4 violation**

a) I provided information to the Code Enforcement officer, Mr. Burley, and the mayor of Bellmawr this building at 121 East Browning Rd., Bellmawr, NJ 08031 was owned by a Trust. Court summons were repeatedly issued in Marcia Copeland's name for running a rental business at this location. This building was vacated by Mary Eva Colalillo and her receiver using a receivership order in 2013. Mr. Burley is afraid to address Ms. Colalillo regarding the rental status of this building but feels he can abuse me. This constant harassment based on Burley's delusional beliefs, and misuse of his official role violated law and my protected rights under the constitution. The specific reason for Mr. Burley starting a process to generate warrants must get addressed by these higher courts, township and the state of New Jersey. I am an investor in Bellmawr, not a criminal. These specific warrants will get removed thirty days after receipt of personal service and at the expense of the Township of Bellmawr to prevent further action to clear my name.

**4) Township of Bellmawr code enforcer has interfered with all attempts to mitigate damages caused by the State of New Jersey, Judges Silverman-Katz, Mary Eva Colalillo, Robert Millenky and the court's hired hand, receiver Robert Saldutti, esq. The Trust cannot use this rental building from 2013-present and is out of rental income for this time period. The state of New Jersey and its actors will pay for the deprivation of use from damage sustained by this building.**

**5) State of New Jersey, Township of Bellmawr, Mary Eva Colalillo, JSC, and Robert Millenky, JSC unlawfully deprived us of rights to use this property for rental income. This is unconstitutional under current laws. I am required to repay this business for income stolen on my behalf to satisfy a default judgment assigned by Silverman-Katz after she used her office and official seal to wash and legalize this stolen cash.**

a) Township of Bellmawr refused to issue a cutting card to get electricity to the building.
b) Code Enforcement, Mr Burley, has been slandering Dr. Copeland's good name.
c) Mayor of Bellmawr received Complaint from me about Mr. Burley's conduct. The mayor failed to keep Mr. Burley in check. Burley continued with harassment, trespassing, libel, and slander.
d) Trespassing onto 121 East Browning Road. Bellmawr, NJ 08031 to paste and leave document bearing lies regarding debt owed to this town must cease. Burley failed to explain that the debt resulted from illegal and unlawful padding of the bill with rental charges for a building that never housed a tenant in four years. This building owners never received a solitary rental payment since this court judge's issued their own lease, vacated and damaged the building. Exhibit C

5) **Copeland is a victim of fraud from :-**

a) **Township of Bellmawr padded bills with rental unit registration charges from the year 2013 to present.** These charges persisted despite multiple notification to this township of unlawful and illegal capture of this building by Mary Eva Colalillo and her receiver Robert Saldutti, Esq. The action of the court, subsequent damage, and vacation of tenants converted this income producing property to a non-functional business. This unlawful, fraudulent padding of bills by Bellmawr Township originated to promote tax sale and steal this building without paying a purchase price. The township is on notice for correction of this fraudulent act

b) **Deborah Silverman-Katz, JSC in her official and individual capacity:-** She issued a default Judgment and stayed a timely motion to set it aside. I also had a meritorious defense for reversal of this ex parte decision. I received no expert witness service from Marty Abo, and his lies never got verified using a docket number for the case he referenced. Silverman-Katz failed to verify Abo's claim for this court approved expert witness service. She could not provide which judge received or witnessed Abo's expert testimony. She failed to practice to the standards set by her profession, and Amendment fourteen. This judge gifted the manipulator of this ex parte hearing fifty thousand dollars in a default Judgment order. A scheduled proof hearing would reveal Maty Abo's dark intent. Silverman-Katz needed this false Judgment claim to start RICO (racketeering inducement corruption act) using her official office, stamp to achieve this goal. To date Copeland knows nothing about the expert witness service she referenced. Silverman-Katz used her official office to induce forcible servitude and to abridge a citizen of hard earned money. Silverman-Katz received financial advantage from the state Attorney General Office. New Jersey taxpayers paid for these state judge's defense. This office colluded and manipulated laws to gain immunity for her in violation of current laws. The Third District appeal three judge panel refused to allow an En Banc hearing and said I was out of time to file for reversal of fraud and a voided order. This decision is in contraposition to the laws they swore to uphold. They believed this shameful, egregious act to deny rights of law would legally silence me.

c) Allowed Camden County Sheriff to parade me around the Superior Court Building. She treated me like a flight risk when I failed to disclose to Silverman-Katz and officer Moore where she could find additional Copeland monies for embezzlement. Sheriff Moore accompanied Dr. Copeland to the bathroom to ensure Silverman-Katz would get this important financial information.

d) **The State of New Jersey Appellate division** suppressed the Silverman-Katz judgement appeal and took away my rights to Appeal and filing fee. They supported Silverman-Katz violation of litigants civil rights and her creation of financial victims.

e) **Mary Eva Colalillo, Esq and her right-hand man, Robert Saldutti, esq. in official and individual capacity.**
(i) She knew no Notice of process got delivered to the affected parties.
(II) Knew Marty Abo, CPA, recipient of the fifty thousand default judgment award, took green slips from the postal service and forged my name onto these "proof documents"

2

he claimed got delivered. For forgery and misuse of the court to legalize theft, the state Attorney General took no action. Postal Service provided their search results of Marty Abo's green slips which the Attorney General's office and their attorneys reviewed. They found Abo's green slips showed "no evidence of mailing." Our laws must change to accommodate this ruling. The state and federal Attorney General's office aligned themselves with criminal behavior and activities.

(III) Colalillo knew Marty Abo and his lawyer lied in Affidavit that Lisa Sharkey accepted Notice of Process on my behalf in East Brunswick. Lisa Sharkey, the administrator for Marty Abo, CPA office, signed her name "Lisa Sharkey" instead of "Marcia Copeland" onto the postal green slips which Abo used to defraud the court to give him money. Postal Inspection Service proved Ms Sharkey accepted this notice in Mt. Laurel where Abo has an office. This misrepresentation to the court for money did not result in Marty Abo's and Lisa Sharkey's prosecution by the Attorney General's office in New Jersey two tiered justice system.

(IV) Judge Colalillo knew Silverman-Katz never verified expert witness service before she assigned a fifty thousand dollar debt. Silverman-Katz refused to gain jurisdiction for her courtroom despite a timely Motion to set aside default. Silverman-Katz stated "Copeland evaded process". She reciprocated and evaded me by her absolute refusal to set aside a timely filed motion to "set aside default" and gain jurisdiction for her order and assigned debt.

(V) She lied I had fraudulently conveyed properties in 2013. These same properties got conveyed in 2003 when Colalillo was a probate not a Chancery judge. She stated in transcript delivered to the attorney general's office "she found fraudulent Conveyance and proof of moving money around". For this false finding she received immunity not jail time for perjury. Fraudulent Conveyance can be validated using the statute and there is no excuse for this criminal claim by Colalillo

(VI) Instructed Robert Saldutti, Esq to collect money from me and independent businesses and assigned him as a receiver to privately owned independent companies.

(VII) Violated laws and legal proceeding to appoint a receiver without establishing a debt and corporate tier.

(VIII) Allowed Robert Saldutti, esq. to transport rental monies stolen from 121 East Browning Rd., Bellmawr, NJ 08031 and other properties to Pennsylvania, outside jurisdiction of his receivership order.

(IX) Allowed Robert Saldutti to collect over two hundred and fifty thousand dollars which he layered into several clandestine bank accounts hidden from the court and me. The Attorney General's office was aware he had a Judgment gift from Silverman-Katz of fifty thousand dollars. This office took no action against Mr. Saldutti, esq for overcollection and theft in a court appointed role. Saldutti paid no bills from his collection.

(X) Allowed Robert Saldutti, esq to collect money for attorney fees and accounting without prior Affidavit to the court. NJSA require all statutory receivers to conform to NJSA 4:53. Saldutti stated "he and Colalillo had always done business this way."

(XI) Assigned a receiver to a Trust building Copeland conveyed ten years before Silverman-Katz's issued her default judgment.

3

(XII) Concealed this crime for four years 2013 (date of her receivership) to present. I will not be silenced with unlawful rulings and procedures.

(XIII) Used "false finding of fraudulent conveyance" to reach money in a trust. She wanted this money, and bypassed laws and legal proceedings to accomplish this goal.

(XIV) Assigned a receiver to collect money from a business with no prior judgment or Complaint.

f) **Robert Millenky, JSC individual and official capacity as state actors.**   *Exhibit A B C D E*

(i) Claimed Marty Abo's use of multiple incorrect addresses to deliver notice of process to Copeland were mere" typographical errors" and no wrongdoing of Marty Abo's lawyer. I supplied none of the fictitious addresses used by Abo in any pleadings. He knew he had no jurisdiction to follow Silverman-Katz and Colalillo"s orders but continued to assault and victimize me with his criminal acts.

(II) He sent a letter to the state Appellate Court that the Postal Service finding of fraud .was insignificant.

(III) He encouraged Robert Saldutti, esq. to rob me in the name of law.

(IV) Never mandated that Saldutti to pay IRS in his statutory role as receiver

(V) Never mandated that Saldutti pay New Jersey state taxes on the Copeland"s heist.

(VI) Never requested payment of mortgage and municipal taxes which are higher liens than an individual citizen's lien.

(vII) Never allowed Dr. Copeland to receive accounting. Millenky wrote a letter to the Appellate court he would permit accounting and auditing but I received no accounting. Millenky allowed Saldutti to self report a fraction of his stolen loot.   *Exhibit A*

(VIII) Allowed Saldutti to rob Dr. Copeland of additional monies for accounting and legal both unauthorized services used by Saldutti to increase his heist.

(IX) Allowed Saldutti to destroy many buildings.   *Exhibit E*

(XII) Allowed Saldutti not to pay water, gas and heat as required by a receivership statute to preserve the estate. He allowed many building to move from occupied to unoccupied after destruction from frozen pipes.

(XIII) Gave permission for Saldutti to vacate buildings of tenants and further victimize Dr. Copeland for money they never gave to Dr. Copeland to hold.

(XIV) Gave Saldutti rights to install carbon monoxide producing hot water tank and heater using an unlicensed felon in his court appointed role. This receiver never received a PERMIT from the township for these devices. The state is on notice they will bear liability for these tenants and equipments.

(XV) She gave Saldutti rights to use unlicensed felons to improperly install a roof which leaked resulting in the vacation of tenants from the building. OPRA search never revealed a PERMIT issued by the township. I needed fire safety inspections, under threat of fine, if I failed to remediate this mess in a timely manner.

(XVI) Gave Saldutti rights to bill for accounting against New Jersey statute so Saldutti could increase his bottom line by about forty thousand in this role alone. Copeland received one self reported document of charges but nothing resembling a receiver's account. Millenky stated that Saldutti was an officer working on behalf of the court to

4

collect a debt assigned by a Judge. He knew Deborah Silverman-Katz was too lazy and self assured to get rem jurisdiction for her court, and too motonic to find proof for the expert witness service debt she claimed. Verification of these court appointed services can occur from the comfort of her chair.

(XVII) Allowed Saldutti to bill for legal service under his "implied law". Saldutti had no prior affidavit to the court or investors. This gave Saldutti an additional forty thousand dollars in this role alone.

(XVIII) Allowed Saldutti to steal government checks intended for rent and hide the money in cryptic bank accounts.

(XIX) Failed to report mail and wire fraud to the postal service. He had a fiduciary duty to report under the law. He aided Andrew Karcich and Robert Saldutti to use mail and wire to rob me of money.

g) **Robert Saldutti, Esq. see d, and e above**  Exhibit

(I) He moved to block Dr.Copeland's review of multiple clandestine bank accounts used to house money he and the judge stole from the Marcia Copeland Living Trust. Section eight and Camden Supportive Housing received subpoenas to release the negotiated checks they paid to Saldutti. I discovered other undisclosed bank accounts with money the government agency intended for rent. Copeland, under law, should see and defend any property/money taken on her behalf from businesses without cause under guise of law. A complicit Judge Puglisi allowed Saldutti to keep his dirty little secrets quiet.

(II) Received permission from complicit judge to never get deposed in his court appointed role.

(III) Issued leases to multiple tenants including tenant at 121 East Browning Rd., Bellmawr, NJ and 1031 Tristram Circle. Mantua, NJ 08051. Neither Saldutti nor Colalillo paid a purchase price for this privilege or property. After "playing house" the court appointed officer returned Browning Road with missing tenant and no plumbing in this building.

(IV) Created municipal and tax liens in Marcia Copeland's name.

(V) Received court permission and no jail time for failing to pay IRS on monies found hidden in clandestine bank accounts and money diverted outside the receivership jurisdiction to Pennsylvania.

(VI) Received court permission to **defraud** state of New Jersey Department of taxation.

h) **Advisory Committee on Judicial Conduct**

(I) Judges received protection from this agency. They knew of these criminal acts and did nothing.

i) **Board of Accountancy**   Exhibit B

(I) For finding no fault with Marty Abo's lying he had a service debt for expert witness testimony he had no opportunity to provide.

(II) For condoning Marty Abo, CPA forging "Marcia Copeland's" name to green slips the Post Office said there was no evidence of mailing. Since no one in the general

5

population altered these counterfeited green slips used in Affidavit and Appendix to get money, Abo knows who signed my name.

(III) For finding Marty Abo's misrepresentation to the court acceptable that Lisa Sharkey accepted notice of process at my home. Lisa Sharkey was Marty Abo's admin person for his office and Post office showed she accepted this same document in Mt. Laurel where he, Abo, has an office.

(Iv) Using a non-ratified contract drafted past the timeline set by the court for expert witnesses to get money for a service he had no opportunity to provide.

j) **Attorney General Office**   Exhibit F

(I) Received multiple simultaneous Complaints for Mary Eva Colalillo racketeering acts using her official office. Judge Colalillo worked in "fertile territory", constantly looking at other people's money. The Attorney General Office provided defense and unfair financial advantage for this crooked judge. This office further victimized Colalillo's victims and failed to protect Complainants from her fraudulent acts with use of her official role and office. The Attorney General's office served under Chris Christie and at the pleasure of this corrupt governor. An Attorney General Office elected by the people may serve the people. This will change as I lobby for change for this misguided loyalty from this office.

(II) Federal Attorney General Fishburn succeeded Chris Christie after he became New Jersey Governor. My Complaint to his office required an assembly of a special prosecution group to review the evidence to uphold justice. Evidence against Federal Judge Marie Bumb effort to improperly grant immunity to her colleague's wife was dismissed by Fishburn's office to obstruct justice.

k) **Bureau of Housing**

(I) Amassed Judgment in my name for rental charges when I never registered the building as a rental unit and derived no rental income for 121 East Browning Rd, Bellmawr. Mary Colalillo and her receiver played house with this building, damaged the building and expected Marcia Copeland and the Trust to forgive their indiscretion. This fraudulent judgment must get removed within thirty days to prevent additional action to clear my name.

l) **Mail and Wire Fraud**

A. **Marty Abo as offender of mail and wire fraud**   Exhibit D

(I) Stated in an "Affidavit of Service" that his admin person Lisa Sharkey accepted notice of process on behalf of me. He further stated "Dr. Copeland continued to evade process despite his best effort to notify her of court hearings". Postal Service finding showed Ms. Sharkey accepted this mail in Mt. Laurel where her boss Marty Abo has an office.

(Ii) Used multiple addresses not supplied my me to mail notices which would ensure ex parte hearings, default Judgment, and guarantee receivership orders

(III) Stated in Affidavit of Service" that Dr. Copeland received fax by the February 6, 2013 date set by the court. A fax showing February 7, 2013, for an unknown transmission, got entered into evidence.

6

(IV) Claimed in Affidavit of Service "email was sent successfully". Email got returned to Abo MAILER-DAEMON. He knew this email was not sent successfully.

    **B.   Robert  Saldutti, ESQ as offender of mail fraud in his court appointed role**
    (i) Converted checks for Marcia Copeland Living Trust to personal checks of Robert Saldutti esq. Mail  transported our checks to Saldutti's office.   Exhibit B

m)    **Scott Levine, ESq**
    Hired to defend me in an unlawful foreclosure action. He unleashed Marty Abo, CPA to
    (I) defraud me of thousand of dollars.
    (II) He never in four years stopped Abo's attempt to defraud me
    (III) Abo never sued Scott Levine for not moving to allow him to perform expert witness testimony on behalf of me

n)    **Andrew Karcich, esq no prosecution to date. The rulings need revision to allow for this criminal to escape justice.**   Exhibit D
    (I) Fraud on the court:- He  submitted  green slips" with no evidence of mailing" to various court  in Affidavit and Appendix. No sanction received for this action. The rulings and two tiered justice system must account for this legal violation
    (II) Used many addresses not supplied by me to orchestrate ex parte hearings with no sanction. He falsely stated these addresses resulted from "typographical error" in his retraction affidavit. Judge Millenky believed the postman could predict Karcich intent and deliver a mail addressed to New Brunswick address to East Brunswick. He endorsed Karcich action with a follow-up letter to the Appellate court to influence their favorable "bending of the law" to aid in collusion.
    (III) Lied fax was sent successfully in Affidavit of service to get receivership to collect on a default judgment. He knew notice of process was not delivered to me. He received support from judge Millenky who refused to report this to the bar association under RPR 8.4 or to allow for prosecution for mail fraud.
    ((IV) Lied e-mail was sent successfully by the date set by the court with full knowledge this document was never sent. This wire fraud was never reported by judge Millenky.
    (V) Falsely stated that Dr. Copeland used Fraudulent Conveyance and proof of moving money around to help his client steal from me and malign my name. Karcich served notice on a bank I had never used before and claimed I was moving money around. Abo stated in an article it is important to keep checks from clients to get the correct name, address, routing number, and account number. Why did Karcich use fraud on the court to steal money for his client Abo. Fraudulent Conveyance cannot be supported by the conveyance date or the state statute. Why was this statute violated and in four years no effort was made by this group for correction.

o)    **Anthony Puglisi, JSC**
    (I) Blocked review of multiple clandestine account maintained by the receiver with monies taken in my name

7

(II) Blocked efforts to depose Saldutti in his court appointed role

(III) Expelled me from prosecution of Abo. He falsely claimed I refused to answer interrogatories from his accomplice Andrew Karcich,esq. Karcich enjoyed manipulation of notices for creation of ex-parte hearings and illusion of non-compliance by me.

(IV) Refused to report this crime to prosecuting authority.

**p)    Governor Chris Christie Administration**

**(I)** Knew Mary Eva Colalillo used the Chancery Division and probate office as "fertile"grounds to identify estates assets she wanted.

(II) He took her from Chancery Division amidst multiple complaints, and strategically placed her in the prosecutor's office to obstruct justice and her eminent prosecution. He made no effort to protect the public.

## 6. Libel and Slander

(I) Marty Abo and his Judge friends from the Camden County Bar Association lied that Copeland owed Marty Abo a debt for easily verifiable expert witness service he had no opportunity to provide.

(II) That Copeland owed a default Judgment debt. This judge held an ex parte hearings to start her RICO activities.

(III) That Copeland was litigious.

(IV) That Copeland owed money for 121 East Browning Road. Bellmawr, NJ 08031. Records showed padding of the property's bill for rental charges. This building has not served as a rental unit since Colalillo and her cronies used legal violence to destroy the building.

## RELIEF CAPTION CONTINUED FROM PAGE 4

(6) Copies of State income taxes paid for 2013 and 2014 tax year paid on behalf of Dr. Copeland or the Marcia Copeland Living Trust. Saldutti paid no tax money on behalf of Dr. Copeland despite his over collection of monies from the Trust and me. The State Department of taxation must take punitive action for this court appointed, court directed and supported clear evasion of taxes by this receiver.

(7) Copies of the IRS taxes paid by the receiver for 2013 and 2014 for Marcia Copeland or the Marcia Copeland living Trust. If IRS received no money I request jail time for this court appointed role.

(8) Opportunity to examine all bank accounts with money taken from the Marcia Copeland Living Trust.

(10) All conspirators (judges) who pretended they could not read the postal findings of fraud and closed their eyes to forgery, theft of government funds, IRS and state department of taxation theft, I request time in jail and removal from the bench.

(11) For consumer fraud:- using unlicensed felon in this court appointed role to install Carbon Monoxide heater and water heater in a tenant occupied building, I declare this a liability for the State of New Jersey. The state actors worked within the court and authorized this transaction for the state. These legal representatives failed to pay water bill in this same location, creating water shut-off in the winter, thus damaging the heater and hot water tank which required replacement of a relatively new heater. Jail time must follow this egregious act.

(12) For New Jersey advisory Committee on Judicial Conduct and Judges administration, lame duck oversight committee, we need major reform to keep the citizens safe from these criminals dressed in robes. Supreme court need oversight for these non-functioning government agencies.

(13) Outgoing Governor Chris Christie handling of this thirteen year problem. He removed Mary Eva Colalillo from the bench in June 2014, but assigned her as chief prosecutor to block her and the crimes of her cronies. She robbed litigants of money from wills and estates for years without consequence. Her tainted verdicts will get overturned.

(14) Revise laws for voided orders, immunity for a judge, Constitutional laws with emphasis on Amendment (4, 14, 13 and Due Process), finding of Fraudulent Conveyance, appointment of statutory receivers and debt to accommodate rulings received by Dr. Copeland.

(15) Redaction of all libel statements that Dr. Copeland was litigious. Before the judicial system concocted this lie and fraud scheme to deprive Dr. Copeland of money, I filed two suits. In both cases I defended against my accuser's unjust actions. Since this Mafia attack by New Jersey and Third Circuit Judicial, Dr. Copeland filed many suits to: defend against these criminals using their official office to legalize theft, and to fleece business people of millions of dollars.

(16) Postal service must declare and explain this two tier application of justice. White collar, Marty Abo, CPA, received no jail time for forgery, mail and wire fraud. Saldutti received protection from the "system". The public will receive notification of this inequity in the delivery of justice.

(17) Unless proof surfaces for expert witness testimony and soon Copeland will seek charges for state actors using the court for organized crime and for cover-up using unlawful rulings and proceedings. With evidence in undisclosed vaults, silence with illegal methods will never triumph.

(18) Help in exercising my Civic duty to bring change and clean corruption in New Jersey.

(19) Return of all monies stolen from Resource Human Development.

(20) Return of all monies stolen from Pennsauken Section Eight.

(21) Monies paid to restore water to 1921 44th Street. Pennsauken, NJ 08110.

(22) Return of monies Saldutti received from PSEG. Monies Saldutti converted from Marcia Copeland to Robert Saldutti with use of his court issued receivership order.

(23) Monies Stolen from Section eight Haddon Avenue. Camden, NJ 08101.

(24) Return of all rent due from April 9, 2013 to June 1, 2014.

(25) Provide explanation for why I was targeted to participate in this legal group theft scheme.

(26) Provide answers for many breaks in law and legal proceedings from those committed to serve and protect.

(27) White collar crime with no penalty warrants corrective measures.

10

(28) Congress will get prepared for changes to law to accommodate rulings received in this case

(29) Answer for Silverman-Katz ineptitude and treason. She failed to obey Constitutional laws and prior rulings.

(30) Need to see all accounts Maintained by Sandulti and open court for his deposition.

Marcia Copeland, MD

11/20/17

Date

11